UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MEGAN PIERCE,

     Plaintiff,

v.

                                  CASE NO.  2:19-cv-00093

THE FLORIDA DEPARTMENT OF
VETERANS' AFFAIRS

     Defendant.
_____/

## NOTICE OF APPEARANCE AND EMAIL DESIGNATION

RICHARD B. AKIN of the firm of HENDERSON, FRANKLIN, STARNES & HOLT, P.A., hereby enters his appearance as counsel of record in the above styled case for Defendant, THE FLORIDA DEPARTMENT OF VETERANS' AFFAIRS, and pursuant to Fla. R. Jud. Admin. 2.516(b)(1)(A), hereby designates the following e-mail addresses for e-mail service in the captioned matter**:**

   Richard B. Akin                    richard.akin@henlaw.com
                                         denise.lunsford@henlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __3rd___ day of April, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Frank M. Malatesta, Esq.
Florida Bar No. 0097080
MALATESTA LAW OFFICE
871 Venetia Bay Blvd, Suite 235
Venice, FL 34285

Tel:  888.501.6612
Email: frank@malatestalawoffice.com
          staff@malatestalawoffice.com
*Attorneys for Plaintiff*

                                      HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
                                      *Attorneys for Defendant*
Post Office Box 280
1715 Monroe Street
Fort Myers, FL   33902-0280
239.344.1182  Telephone
239.344.1554 Facsimile
Primary email:  Richard.Akin@henlaw.com
Secondary email:  Denise.Lunsford@henlaw.com

By:  /s/ Richard Akin, II
      Richard Akin II
      Florida Bar No. 068112